# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2837EM

_____

| | | |
|---|---|---|
| Sandra A. Hayes, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Marvin T. Runyon, Jr.; United States | * | |
| Postal Service; American Postal | * | [UNPUBLISHED] |
| Workers Union, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 18, 1999
Filed: March 29, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Sandra Hayes appeals the district court's order granting summary judgment in favor of the United States Postal Service and dismissing Hayes's claims against the American Postal Workers Union. Having carefully reviewed the record and the parties' briefs, we conclude the district court's rulings were correct, and an extended discussion is not warranted. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.